**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 116957
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Takahito Nitta, individually and on behalf of all others similarity situated, <br><br> Plaintiff, <br><br> -against- <br><br> Sunrise Credit Services, Inc., <br><br> Defendant. | Docket No: 2:19-cv-18639-KSH-CLW |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: March 4, 2020

                                            **BARSHAY SANDERS, PLLC**

                                            By: __/s *Craig B. Sanders*__
                                            Craig B. Sanders
                                            100 Garden City Plaza, Suite 500
                                            Garden City, New York 11530
                                            Tel. (516) 203-7600
                                            Email: *ConsumerRights@BarshaySanders.com*
                                            Our File No: 116957
                                            *Attorneys for Plaintiff*

                                                       SO ORDERED
                                                       HON. KATHARINE S. HAYDEN, U.S.D.J.

                                                       MARCH 5, 2020